IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

KEITH BAILEY and			:
JACQUELINE BAILEY,		:
					:
		Plaintiffs,		:
					:
	v.				:	Civil Action No. _____
					:
J & B TRUCKING SERVICES,	:
INC.,				:
					:
		and			:
					:
SERGIO ROLANDO SANABRIA,	:
					:
		Defendants.		:

### SERGIO ROLANDO SANABRIA'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION UNDER FED R. CIV. 12(b)(2)

COMES NOW, Sergio Rolando Sanabria, by special appearance, for purposes of this motion only, by and through counsel, and moves this Honorable Court for an Order dismissing Sergio Rolando Sanabria for lack of personal jurisdiction under Federal Rules of Civil Procedure 12(b)(2), and, for grounds, states as follows:

1.	This motor vehicle, personal injury action is brought by Plaintiffs Keith Bailey and Jacqueline Bailey and arises from an injury which is alleged to have occurred on or about January 7, 2006, as a result of the subject vehicle being stolen in Prince George's County, Maryland, then being driven into the District of Columbia where it made contact with the Plaintiffs' vehicle.



HARTEL, KANE, DESANTIS,
MACDONALD & HOWIE, LLP
Calverton Office Park
11720 Beltsville Ddrive, Suite 500
Beltsville, Maryland 20705
Telephone: (301) 486-1200
Facsimile: (301) 486-0935

5924 North 15th Street
Arlington, Virginia 22205

-1-

2. At all times relevant to this action, Sergio Rolando Sanabria made infrequent deliveries within the District of Columbia acting solely within his capacity as an employee/agent of Defendant J & B Trucking Services, Inc.

4. Sergio Rolando Sanabria, adopts and incorporates by reference his attached memorandum of points and authorities in support of this motion.

WHEREFORE, Sergio Rolando Sanabria respectfully requests that this Honorable Court grant his motion to be dismissed for lack of personal jurisdiction under Federal Rules of Civil Procedure 12(b)(2).

SERGIO ROLANDO SANABRIA
By Counsel:

HARTEL, KANE, DESANTIS,
MACDONALD & HOWIE, LLP

_____
Neil J. MacDonald, #433699
11720 Beltsville Drive
Suite 500
Beltsville, Maryland 20705
Telephone:  (301) 486-1200
Facsimile:  (301) 486-0935

HARTEL, KANE, DESANTIS,
MACDONALD & HOWIE, LLP
Calverton Office Park
11720 Beltsville Ddrive, Suite 500
Beltsville, Maryland 20705
Telephone: (301) 486-1200
Facsimile: (301) 486-0935

5924 North 15th Street
Arlington, Virginia 22205

**CERTIFICATE OF SERVICE**

I hereby certify that on this 14 day of April, 2008, I have served this document as required by Federal Rule of Civil Procedure 5(a) by serving this document by first class U.S. mail to:

Steven VanGrack, Esquire
Edward L. Norwind, Esquire
Murray D. Scheel, Esquire
KARP, FROSH, LAPIDUS,
WIGODSKY & NORWIND, P.A.
2273 Research Boulevard
Suite 200
Rockville, Maryland 20850

Neil J. MacDonald

HARTEL, KANE, DESANTIS, MACDONALD & HOWIE, LLP
Calverton Office Park
11720 Beltsville Ddrive, Suite 500
Beltsville, Maryland 20705
Telephone: (301) 486-1200
Facsimile: (301) 486-0935

5924 North 15th Street
Arlington, Virginia 22205

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

KEITH BAILEY and
JACQUELINE BAILEY,

       Plaintiffs,

       v.                     :    Civil Action No. _____

J & B TRUCKING SERVICES,
INC.,

       and

SERGIO ROLANDO SANABRIA,

       Defendants.

## MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION

COMES NOW, Sergio Rolando Sanabria, by special appearance, for purposes of this motion only, by and through counsel, and moves this Honorable Court for an Order dismissing Sergio Rolando Sanabria for lack of personal jurisdiction under Federal Rules of Civil Procedure 12(b)(2), and, for grounds, states as follows:

### Factual Background

1.  This motor vehicle, personal injury action is brought by Plaintiffs Keith Bailey and Jacqueline Bailey and arises from an injury which is alleged to have occurred on or about January 7, 2006, as a result of the subject vehicle being stolen in Prince George's County, Maryland, then being driven into the District of Columbia where it made contact with the Plaintiffs' vehicle.



HARTEL, KANE, DESANTIS,
MACDONALD & HOWIE, LLP
Calverton Office Park
11720 Beltsville Ddrive, Suite 500
Beltsville, Maryland 20705
Telephone: (301) 486-1200
Facsimile: (301) 486-0935

5924 North 15th Street
Arlington, Virginia 22205

2.   At all time relevant to this action, Sergio Rolando Sanabria made infrequent deliveries within the District of Columbia acting solely within his capacity as an employee/agent of Defendant J&B Trucking Services, Inc.

### Standard for Establishing Personal Jurisdiction Over Non-Resident Defendant

3.   In diversity cases "...a federal district court must look to the jurisdictional law of the forum where it presides to determine whether it has personal jurisdiction over a non-resident defendant." <u>Burman, et al. v. Phoenix Worldwide Industries, Inc., et al.</u>, 437 F. Supp. 2d 142, 147 (D.D.C. 2006) (see also Fed. R. Civ. P. 4(e)).

4.   Pursuant to the District of Columbia's long-arm statute, a non-resident individual's due process rights are not violated if the District of Columbia exercises personal jurisdiction over them for acts arising from a person:

\*\*\*
(1) transacting any business in the District of Columbia;
(2) contracting to supply services in the District of Columbia;
(3) causing tortious injury in the District of Columbia by an act or omission in the District of Columbia; [or]
(4) causing tortious injury in the District of Columbia by an act or omission outside the District of Columbia if he regularly does or solicits business, engages in any other persistent course of conduct, or derives substantial revenue from good used or consumed, or services rendered, in the District of Columbia.
\*\*\*

D.C. Code § 13-423(a)(1)-(4).



HARTEL, KANE, DESANTIS,
MACDONALD & HOWIE, LLP
Calverton Office Park
11720 Beltsville Ddrive, Suite 500
Beltsville, Maryland 20705
Telephone: (301) 486-1200
Facsimile: (301) 486-0935

5924 North 15th Street
Arlington, Virginia 22205

-2-

5. This court has stated that "[i]t is true that a court does not have jurisdiction over individual officers and employees of a corporation just because the court has jurisdiction over the corporation." <u>Wiggings, Jr. v. Equifax Inc, et al.</u>, 853 F. Supp. 500, 503 (D.D.C. 1994) (*citing* <u>Quinto v. Legal Times</u>, 506 F. Supp. 554, 558 (D.D.C. 1981)).

6. Further, "[p]ersonal jurisdiction over the employees or officers of a corporation in their individual capacities must be based on their personal contacts with the forum and not their acts and contacts carried our solely in a corporate capacity. Thus, the corporation *ordinarily* insulates the individual employee from the court's personal jurisdiction." <u>Wiggings, Jr.</u>, 853 F. Supp. at 503. (emphasis original).

7. This court has also stated that when "...personal jurisdiction is challenged under Federal Rule of Civil Procedure 12(b)(2), the '[p]laintiff bears the burden of establishing personal jurisdiction over each individual defendant...[by alleging] specific facts on which personal jurisdiction can be based;...[the plaintiff] cannot rely on conclusory allegations.'" <u>Burman</u>, 437 F. Supp. 2d at 147. (*citing* <u>Atlantigas Corp. v. Nisource, Inc.</u>, 290 F. Supp. 2d 34, 42 (D.D.C. 2003)).

8. When meeting this burden the "plaintiff 'cannot



HARTEL, KANE, DESANTIS,
MACDONALD & HOWIE, LLP
Calverton Office Park
11720 Beltsville Ddrive, Suite 500
Beltsville, Maryland 20705
Telephone: (301) 486-1200
Facsimile: (301) 486-0935

5924 North 15th Street
Arlington, Virginia 22205

-3-

aggregate factual allegations concerning multiple defendants in order to demonstrate personal jurisdiction over any individual defendant.'" Id.

### Dismissal Of Sergio Rolando Sanabria For Lack of Personal Jurisdiction

9. Plaintiffs allege in their Complaint that Sergio Rolando Sanabria's (hereinafter "Sergio") contact with the District of Columbia arises out of his employment or agency with Defendant J&B Trucking Services, Inc. (See Complaint ¶¶ 3,5)

10. Pursuant to the Wiggins court, to establish personal jurisdiction over employees "...of a corporation in their *individual capacities* [it] must be based on their *personal contacts* with the forum and not their acts and contacts carried out solely in a corporate capacity." Wiggings, Jr., 853 F. Supp. at 503. (emphasis added).

11. Further, this court in Wiggins stated that the corporate entity "ordinarily insulates" the employee of a corporation, in their individual capacity, from the court's personal jurisdiction. Id.

12. Additionally, Plaintiffs' Complaint falls short of the Burman court's requirement that the Plaintiff set forth specific facts upon which the District of Columbia can exercise personal jurisdiction over Sergio pursuant to D.C. Code § 13-423. Specifically, Plaintiffs' Complaint sets forth conclusory



HARTEL, KANE, DESANTIS,
MACDONALD & HOWIE, LLP
Calverton Office Park
11720 Beltsville Ddrive, Suite 500
Beltsville, Maryland 20705
Telephone: (301) 486-1200
Facsimile: (301) 486-0935

5924 North 15th Street
Arlington, Virginia 22205

-4-

statements of fact in an attempt to establish personal jurisdiction by alleging that Sergio has: (1) "...regularly driven in and through the District of Columbia...;" and (2) "...has had other substantial contacts with the District of Columbia." (*See* Complaint ¶¶ 3,5) *see also* Burman, 437 F. Supp. 2d at 147. (*citing* Atlantigas Corp., 290 F. Supp. at 42)("[the plaintiff] cannot rely on conclusory allegations.").

13. Further, in meeting this "specificity of fact" burden, pursuant to the Burman court, the "plaintiff 'cannot aggregate factual allegations concerning multiple defendants in order to demonstrate personal jurisdiction over any individual defendant,'" Id.

14. Plaintiffs attempt to overcome the lack of specificity to establish personal jurisdiction over Sergio by aggregation in paragraph six (6) of their Complaint. Generally, they allege that "Defendants J&B Trucking Services, Inc. *and* Sergio Rolando Sanabria...have regularly transacted business and have contracted to supply services in the District...." see Id.

WHEREFORE, for the foregoing reasons, Sergio Rolando Sanabria respectfully requests that this Court dismiss Sergio Rolando Sanabria, as a party to this action, for lack of personal jurisdiction under Federal Rules of Civil Procedure 12(b)(2).



HARTEL, KANE, DESANTIS,
MACDONALD & HOWIE, LLP
Calverton Office Park
11720 Beltsville Ddrive, Suite 500
Beltsville, Maryland 20705
Telephone: (301) 486-1200
Facsimile: (301) 486-0935

5924 North 15th Street
Arlington, Virginia 22205

Respectfully Submitted,

HARTEL, KANE, DESANTIS,
MACDONALD & HOWIE, LLP

_____
Neil J. MacDonald, #433699
11720 Beltsville Drive
Suite 500
Beltsville, Maryland 20705
Telephone:  (301) 486-1200
Facsimile:  (301) 486-0935



HARTEL, KANE, DESANTIS,
MACDONALD & HOWIE, LLP
Calverton Office Park
11720 Beltsville Ddrive, Suite 500
Beltsville, Maryland 20705
Telephone: (301) 486-1200
Facsimile: (301) 486-0935

5924 North 15th Street
Arlington, Virginia 22205

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

KEITH BAILEY and
JACQUELINE BAILEY,

       Plaintiffs,

       v.                                          Civil Action No. _____

J & B TRUCKING SERVICES,
INC.,

       and

SERGIO ROLANDO SANABRIA,

       Defendants.

## ORDER

UPON CONSIDERATION of Sergio Rolando Sanabria's motion to dismiss for lack of personal jursidiction, and good cause having been shown, it is, by the United States District Court for the District of Columbia, this _____ day of _____, 2008, hereby

**ORDERED** that the Motion be, and the same hereby is, **GRANTED**; and it is further

**ORDERED** that Sergio Rolando Sanabria shall be dismissed from this action for lack of personal jurisdiction pursuant to Fed. R. Civ. Pro. 12(b)(2).



HARTEL, KANE, DeSANTIS,
MacDONALD & HOWIE, LLP
Calverton Office Park
11720 Beltsville Ddrive, Suite 500
Beltsville, Maryland 20705
Telephone: (301) 486-1200
Facsimile: (301) 486-0935

5924 North 15th Street
Arlington, Virginia 22205

-7-

_____
JUDGE,
United States District Court for
the District of Columbia

E:\NJM\Bailey v. J & B Trucking et al\Memo P&A for Motion to Dismiss 4.11.08.wpd



HARTEL, KANE, DESANTIS,
MACDONALD & HOWIE, LLP
Calverton Office Park
11720 Beltsville Ddrive, Suite 500
Beltsville, Maryland 20705
Telephone: (301) 486-1200
Facsimile: (301) 486-0935

_____

5924 North 15th Street
Arlington, Virginia 22205