IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

KEITH BAILEY and           :
JACQUELINE BAILEY,         :
                           :
    Plaintiffs,        :
                           :
    v.                 :       Civil Action No._____
                           :
J & B TRUCKING SERVICES,   :
INC.,                      :
                           :
    and                :
                           :
SERGIO ROLANDO SANABRIA,   :
                           :
    Defendants.        :

**DEFENDANT J & B TRUCKING SERVICES, INC.'S DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTERESTS**

Certificate required by LcvR 7.1 of the Local Rules of the United States District Court for the District of Columbia: I, the undersigned counsel of record for J & B Trucking Services, Inc., certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of J & B Trucking Services, Inc. which have any outstanding securities in the hands of the public.

    J & B Trucking Services, Inc. has no such parent companies, subsidiaries or affiliates which have any outstanding securities in the hands of the public.

These representations are made in order that the judges of this court may determine the need for recusal.



HARTEL, KANE, DESANTIS,
MACDONALD & HOWIE, LLP
Calverton Office Park
11720 Beltsville Ddrive, Suite 500
Beltsville, Maryland 20705
Telephone: (301) 486-1200
Facsimile: (301) 486-0935

5924 North 15th Street
Arlington, Virginia 22205


EXHIBIT A

Neil J. MacDonald, Esq., Attorney of Record for J & B Trucking Services, Inc.

                                          J & B TRUCKING SERVICE, INC.
                                          By Counsel:

HARTEL, KANE, DESANTIS,
MACDONALD & HOWIE, LLP

_/s/ Neil J. MacDonald_
Neil J. MacDonald, #433699
11720 Beltsville Drive
Suite 500
Beltsville, Maryland 20705
Telephone:  (301) 486-1200
Facsimile:  (301) 486-0935



HARTEL, KANE, DESANTIS,
MACDONALD & HOWIE, LLP
Calverton Office Park
11720 Beltsville Ddrive, Suite 500
Beltsville, Maryland 20705
Telephone: (301) 486-1200
Facsimile: (301) 486-0935

5924 North 15th Street
Arlington, Virginia 22205