IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **KEITH BAILEY, et al.** | : | |
| | : | |
| Plaintiff | : | |
| | : | |
| vs. | : | Civil Action No.: 1:08-cv-00644-RMC |
| | : | Judge Rosemary M. Collyer |
| **J & B TRUCKING SERVICE,** | : | |
| **INC., et al.** | : | |
| | : | |
| Defendants | : | |

## ENTRY OF APPEARANCE

Please enter the appearances of Edward L. Norwind, Esquire, Murray D. Scheel, Esquire, and the law firm of Karp, Frosh, Lapidus, Wigodsky & Norwind, 2273 Research Boulevard, Suite 200, Rockville, Maryland 20850, as co-counsel for the Plaintiffs in the above-captioned matter.

Respectfully submitted,

**KARP, FROSH, LAPIDUS, WIGODSKY
& NORWIND, P.A.**


/s/EDWARD L. NORWIND
Edward L. Norwind, Esquire, Bar No. 936393

/s/MURRAY D. SCHEEL
Murray D. Scheel, Esquire, Bar No. 490012

2273 Research Boulevard
Suite 200
Rockville, Maryland  20850
(301) 948-3800
Facsimile: (301) 948-5449