IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
KEITH BAILEY, et al.         :
                             :
        Plaintiffs,          :
                             :
        v.                   : Case:  1:08-cv-00644
                             : Assigned To: Collyer, Rosemary M.
J & B TRUCKING SERVICES,     : Assign. Date:  4/14/2008
INC., et al.                 : Description:  PI
                             :
        Defendants.          :
```

**JOINT RULE LCvR 16.3 CONFERENCE REPORT**

Pursuant to Local Rule LcvR 16.3, the parties, after conferring, submit this joint report.

**JOINT SECTION OF JOINT REPORT**

Initial Disclosures, pursuant to Rule 26(a)(1), shall be exchanged on June 2, 2008. Parties agree that these initial disclosures maybe modified via supplementation as discovery progresses.

**PLAINTIFFS' SECTION OF JOINT REPORT**

**BRIEF STATEMENT OF CASE**

On January 7, 2006, Keith Bailey (a resident of the District of Columbia with his wife and children) was driving his 1992 red Dodge pick up truck southbound on South Dakota Avenue, just before Michigan Avenue in N.E., Washington, D.C. At this time and place, Onorio Cifuentes-Lopez was driving a 2002 white Isuzu box truck westbound on Michigan Avenue just before South Dakota Avenue. Mr. Cifuentes-Lopez was traveling at a high rate of speed and ran the red

traffic signal at the intersection.  Mr. Cifuentes-Lopez crashed into Mr. Bailey.

Mr. Cifuentes-Lopez was held criminally responsible in the Superior Court of the District of Columbia.  Mr. Bailey was given emergency medical treatment at the scene and transported to the Washington Hospital Center Medstar Unit where he was admitted in critical condition.  Mr. Bailey's subsequent and very extensive medical treatment has been primarily provided in the District of Columbia.

The vehicle operated by Mr. Cifuentes-Lopez was owned by Jose Benjamin Lainez of 8622 Watershed Court, Gaithersburg, Maryland.  Mr. Lainez is the owner of J & B Trucking Services which has the same address as the residence.  J & B Trucking Services provides deliveries for many furniture stores in the Washington Metropolitan Area. J & B Trucking Services employed Sergio Sanabria as a driver.  Mr. Sanabria (a resident of Prince George's County, Maryland) frequently would take his truck home at night.  In the morning, Mr. Sanabria would commence his deliveries from his home.  Mr. Sanabria has extensive business and personal contacts with the District of Columbia.

Mr. Cifuentes-Lopez was formally charged for the incident herein with Aggravated Assault, Mayhem, Receiving Stolen Property, Unauthorized Use of a Vehicle, Reckless Driving, Destroying Property and Operating After Suspension.

As a result of the collision, Mr. Bailey was ejected from his pickup and suffered a severe blunt force trauma to his skull...As a result of that injury, Mr. Bailey suffered severe short-term memory loss and continues to suffer from that loss.  Further, Mr. Bailey suffers from physical weakness..."

A further investigation revealed that the Isuzu box truck was stolen from the home of Mr. Sanabria in the 5600 block of Queens Chapel Road in Hyattsville, Maryland. Detective Elgin Wheeler, Metropolitan Police Department, was the lead investigator for the incident in question. Detective Wheeler stated under oath, at the preliminary hearing in the Superior Court of the District of Columbia, Criminal Division, Criminal Action No. F 155-06, <u>United States of America v. Onorio T. Cifuentes</u>, that Mr. Sanabria "came out, started the car and left the keys in there to warm it up for that morning's job, which is delivering furniture.  He went back in the house approximately 10-15 minutes, came out to get into the truck, and the only thing he saw was the truck heading southbound with no lights on..."

### **DISPOSITIVE MOTIONS**

SERGIO ROLANDO SANABRIA has filed a Motion to Dismiss for Lack of Personal Jurisdiction under Fed.R.Civ. 12(b)(2).

By agreement of counsel, and with the consent of the

Court, the limited deposition of Mr. Sanabria was taken on May 27, 2008. Mr. Sanabria regularly made deliveries into the District of Columbia when he was employed with Defendant, J & B Trucking Services, Inc., from 2001 - 2007. He estimated as many as 15 or more deliveries per week. Mr. Sanabria has been employed since 2007 with another truck delivery service and he estimates he now travels for business in the District of Columbia 3 or 4 times a month. Mr. Sanabria has received a vehicle citation in the District of Columbia. Mr. Sanabria does travel in his personal matters on Riggs Road, N.E., Washington, D.C.

Plaintiff's will shortly respond to the dispositive motion which is currently pending.

Plaintiff's also request that the deadline for the filing of dispositive motions be December 12, 2008.

### JOINDER OF ADDITIONAL PARTIES

The Plaintiff's do not anticipate joining additional parties or amending the pleadings.

### MAGISTRATE JUDGE

The Plaintiff's do not believe it will be beneficial to transfer the case to a Magistrate Judge.

### POSSIBILITY OF SETTLING CASE

The Plaintiff's were previously requested to prepare a demand letter and were in the process thereof. However, in view of the Defendant's comments, the Plaintiff's shall also

present that there is no realistic possibility of settling the case and there will be no demand letter, at the present stage of this proceeding.

### SETTLEMENT AND ALTERNATIVE DISPUTE RESOLUTION

At the present stage of this proceeding, the Plaintiff's believe that ADR would not be beneficial. However, the Plaintiff's would be amenable to revisit discussions regarding ADR upon the close of discovery.

### RESOLUTION BY SUMMARY JUDGMENT OR MOTION TO DISMISS

There are many genuine material facts as to which there is no dispute. Based on these facts, Plaintiff's contend, as a matter of law, they are entitled to judgment. Plaintiff's will file a Motion for Summary Judgment with regards to liability at the close of discovery.

### EXTENT OF AND LIMITATIONS ON DISCOVERY

The Plaintiff's request that interrogatory requests be limited to 30, that requests for production of documents be limited to 30, and that requests for admissions be limited to 30. The Plaintiff's will consent to the discovery plan proposed by the Defendant.

### RULE 26(a)(2)DISCLOSURES

The Plaintiff's do not believe that this matter requires modification of the expert witness reports and information required to be disclosed by each party pursuant to Rule 26(a)(2). However, there may be additional expert

testimony.

## BIFURCATION

The Plaintiff's do not believe that this matter requires bifurcation of discovery or issues presented at trial nor does this matter require management in phases.

## DEFENDANT'S SECTION OF JOINT REPORT

### BRIEF STATEMENT OF CASE AND STATUTORY BASIS FOR DEFENSES

On or about January 7, 2006, the truck Sergio Rolando Sanabria had used for work purposes was stolen by Onorio T. Cifuentes, who is not named in the instant action. The theft of the subject truck occurred in Prince George's County, Maryland. Upon information and belief, Mr. Cifuentes, after stealing the subject truck in Maryland, did drive it into the District of Columbia, and was involved in the alleged accident which is the subject of this lawsuit. At no time did Mr. Cituentes have permission, expressed or implied, to use the subject truck.

The Defendant's defenses arise from the common law of the State of Maryland and general principles of causation. Further, Sergio Rolando Sanabria, by special appearance, asserted lack of personal jurisdiction pursuant to Fed. R. Civ. Pro. 12(b)(2).

## DISPOSITIVE MOTIONS

Sergio Rolando Sanabria, by special appearance, did

file a dispositive motion which is currently pending. It is requested that no discovery requests be propounded to Sergio Rolando Sanabria until such time this Court makes a decision on said motion.

Defendant requests that the deadline for the filing of dispositive motions be December 12, 2008.

### JOINDER OF ADDITIONAL PARTIES

The Defendant does not anticipate joining additional parties or amending the pleadings.

### MAGISTRATE JUDGE

At this stage in the proceeding, the Defendant does not believe it will be beneficial to transfer the case to a Magistrate Judge.

### POSSIBILITY OF SETTLING CASE

At the present stage of this proceeding, the Defendant believes that there is no realistic possibility of settling the case.

### SETTLEMENT AND ALTERNATIVE DISPUTE RESOLUTION

To date, settlement discussions have not occurred. However, counsel for Plaintiff has indicated that Plaintiffs are presently preparing a Demand Letter.

At the present stage of this proceeding, the Defendant believes that ADR would not be beneficial. However, Defendant would be amenable to revisit discussions regarding ADR upon the close of discovery.

**RESOLUTION BY SUMMARY JUDGMENT OR MOTION TO DISMISS**

The Defendant does not presently believe that this matter can be resolved by summary judgment but believes summary judgment will be appropriate at the close of discovery. Sergio Rolando Sanabria, by special appearance, has filed a motion to dismiss, pursuant to Rule 12(b)(2), which is currently pending.

**EXTENT OF AND LIMITATIONS ON DISCOVERY**

The Defendant requests that interrogatory requests be limited to 30, that requests for production of documents be limited to 30, and that requests for admissions be limited to 30. Defendant proposes a discovery plan for this proceeding to the extent and within the time table outlined below.

**RULE 26(a)(2) DISCLOSURES**

The Defendant does not believe that this matter requires modification of the expert witness reports and information required to be disclosed by each party pursuant to Rule 26(a)(2).

**BIFURCATION**

The Defendant does not believe that this matter requires bifurcation of discovery or issues presented at trial nor does this matter require management in phases.

**TRIAL DATE**

Due to the nature of this case the Defendant requests

that the trial date be set at the pretrial conference from 30 to 60 days after that conference.

### COMPARISON OF PARTIES PROPOSED DISCOVERY SCHEDULES

| ACTIVITY | DEFENDANT'S PROPOSAL | PLAINTIFF'S PROPOSAL |
|---|---|---|
| Initial Disclosures | 06/02/08 | 06/02/08 |
| Deadline for Written Discovery Requests | 08/06/08 | 08/06/08 |
| Plaintiffs' Rule 26(a)(2) Disclosures | 09/02/08 | 09/02/08 |
| Defendant's Rule 26(a)(2) Disclosures | 10/02/08 | 10/02/08 |
| Discovery Closes | 11/28/08 | 11/28/08 |
| Joinder of Additional Parties Deadline | 12/05/08 | 12/05/08 |
| LCvR 16.5 Statements, pretrial briefs & any motions | Initial Filing- 12/12/08 Opposition- 12/19/08 Reply- 12/23/08 | 12/12/08 12/19/08 12/23/08 |
| Pre-Trial Conference | 01/15/09 | 01/15/09 |

Respectfully Submitted,

FOR PLAINTIFFS
KEITH BAILEY AND
JACQUELINE BAILEY

FOR DEFENDANT
J & B TRUCKING SERVICES, INC

*/s/ Steven VanGrack*

*/s/ Neil J. MacDonald by svg*

Steven VanGrack, #223339
Edward L. Norwind, #936393
Murray D. Scheel, #490012
KARP, FROSH, LAPIDUS,
WIGODSKY & NORWIND, P.A.
2273 Research Boulevard
Suite 200
Rockville, Maryland  20850
Telephone: (301) 948-3800
Facsimile: (301) 948-5449

Neil J. MacDonald, #433699
HARTEL, KANE, DeSANTIS,
MacDONALD & HOWIE, LLP
11720 Beltsville Drive
Suite 500
Beltsville, Maryland 20705
Telephone:   (301) 486-1200
Facsimile:   (301) 486-0935