IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

KEITH BAILEY, et al.          :
                              :
        Plaintiffs,           :
                              :
        v.                    : Case:  1:08-cv-00644
                              : Assigned To:  Collyer,
                              :      Rosemary M.
J & B TRUCKING SERVICES,      : Assign. Date:  4/14/2008
INC., et al.                  : Description:  PI
                              :
        Defendants.           :

### [PROPOSED] PRETRIAL SCHEDULING ORDER

In accordance with the conference required by LCvR 16.3 and the parties' respective contained within their Joint Rule LCvR 16.3 Conference Statement, and the Court having considered the same, the Court hereby sets the following schedule for pre-trial activities to be undertaken in preparation for said Trial:

| Date | Event/Activity |
| --- | --- |
| 06/02/08 | Initial Disclosures |
| 08/06/08 | Deadline for Written Discovery Requests |
| 09/02/08 | Plaintiffs' Rule 26(a)(2) Disclosures |
| 10/02/08 | Defendant's Rule 26(a)(2) Disclosures |
| 11/28/08 | Discovery Closes |
| 12/05/08 | Joinder of Additional Parties Deadline |
| 12/12/08 | Initial filing of LCvR 16.5 Statement, Pretrial Briefs & any Motions |
| 12/19/08 | Opposition to opposing party's initial filing of LCvR 16.5 Statement/Pretrial |

1

```
            Briefs/Motions

12/23/08    Reply to opposing party's opposition to LCvR
            16.5 Statement/Pretrial Briefs/Motions

01/15/08    Pre-Trial Conference
```

SO ORDERED, this _____ day of _____, 2008.

```
                              _____
                              ROSEMARY M. COLLYER
                              United States District Judge
```

copies to:

Neil J. MacDonald, #433699
11720 Beltsville Drive
Suite 500
Beltsville, Maryland 20705
Telephone:  (301) 486-1200
Facsimile:  (301) 486-0935

Steven VanGrack, #223339
Edward L. Norwind, #936393
Murray D. Scheel, #490012
KARP, FROSH, LAPIDUS,
WIGODSKY & NORWIND, P.A.
2273 Research Boulevard
Suite 200
Rockville, Maryland  20850
Telephone: (301) 948-3800
Facsimile: (301) 948-5449