```
              IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF COLUMBIA

KEITH BAILEY and              :
JACQUELINE BAILEY,            :
                              :
          Plaintiffs,         :
                              :
     v.                       :   Case:  1:08-cv-00644
                              :   Assigned To: Collyer, Rosemary M.
J & B TRUCKING SERVICES,      :   Assign. Date: 4/14/2008
INC.,                         :   Description:  PI/Malpractice
                              :
          and                 :
                              :
SERGIO ROLANDO SANABRIA,      :
                              :
          Defendants.         :
```

### DEFENDANTS' RULE 26(a)(1) DISCLOSURES

COMES NOW the Defendant, by counsel, and pursuant to Federal Rule of Civil Procedure 26(a)(1) makes initial disclosures as follows:

(A) The name and if known, the address and telephone of each individual likely to have discoverable information that the disclosing party may use to support its claims or defenses, unless solely for impeachment, identifying the subjects of the information;

1. Plaintiffs;

2. Sergio Rolando Sanabria,
   5615 Queens Chapel Road
   Hyattsville, Maryland 20782;

3. Jose B. Lainez,
   8622 Watershed Court,
   Gaithersburg, Maryland 20877
   Telephone (240) 793-4701.

4. Onorio Cifuentes-Lopez
   4554 Banner Street
   Brentwood, Maryland 20722



HARTEL, KANE, DESANTIS,
MACDONALD & HOWIE, LLP
Calverton Office Park
11720 Beltsville Ddrive, Suite 500
Beltsville, Maryland 20705
Telephone: (301) 486-1200
Facsimile: (301) 486-0935

5924 North 15th Street
Arlington, Virginia 22205

(B) A copy of, or description by category and location of, all documents, data compilations, intangible things that are in the possession, custody, or control of the party and that the disclosing party may use to support its claims or defenses, unless solely for impeachment;

1. A copy of Hyattsville City Police Department's incident report.

2. A copy of the Metropolitan Police Department's incident report.

3. Letter dated March 15, 2006 from the U.S. Department of Justice.

4. A copy of a grand jury witness subpoena for the Superior Court of the District of Columbia, Criminal Division. Case No.: F-155-06. Served upon Keith Goldberg Regional Manager of Progressive Auto Insurance.

(C) A computation of any category of damages claimed by the disclosing party, making available for inspection and copying as under Rule 34 the documents or other evidentiary material, not privileged or protected from disclosure, on which such computation is based, including materials bearing on the nature and extent of injuries suffered; and

None by Defendant.

(D) For inspection and copying as under Rule 34 any insurance agreement under which any person carrying on insurance business may be liable to satisfy part or all of a judgment which may be entered in the action or to indemnify or reimburse for payments made to satisfy the judgment.



HARTEL, KANE, DESANTIS,
MACDONALD & HOWIE, LLP
Calverton Office Park
11720 Beltsville Ddrive, Suite 500
Beltsville, Maryland 20705
Telephone: (301) 486-1200
Facsimile: (301) 486-0935

5924 North 15th Street
Arlington, Virginia 22205

Counsel for Defendant has requested a certified copy of the Progressive Insurance Companies' policy and will supplement this disclosure upon its receipt.  Progressive Claim No. 067535078.

        Respectfully submitted,

        J & B TRUCKING SERVICE, INC.
        By Counsel:

HARTEL, KANE, DESANTIS,
MACDONALD & HOWIE, LLP

_____
Neil J. MacDonald, #433699
11720 Beltsville Drive
Suite 500
Beltsville, Maryland 20705
Telephone:  (301) 486-1200
Facsimile:  (301) 486-0935
Attorney for Defendant
J & B Trucking Services, Inc.



HARTEL, KANE, DESANTIS,
MACDONALD & HOWIE, LLP
Calverton Office Park
11720 Beltsville Ddrive, Suite 500
Beltsville, Maryland 20705
Telephone: (301) 486-1200
Facsimile: (301) 486-0935

5924 North 15th Street
Arlington, Virginia 22205

### CERTIFICATE OF SERVICE

I hereby certify that on this 2 day of June, 2008, I have served this document as required by Federal Rule of Civil

Procedure 5(a) by serving this document via facsimile and first class U.S. mail to:

    Steven VanGrack, Esquire
    Edward L. Norwind, Esquire
    Murray D. Scheel, Esquire
    KARP, FROSH, LAPIDUS,
    WIGODSKY & NORWIND, P.A.
    2273 Research Boulevard
    Suite 200
    Rockville, Maryland  20850

                                        _____
                                        Neil J. MacDonald

E:\NJM\Bailey v. J & B Trucking et al\Defendants Rule 26 (a)(1) Disclosure 6.2.08.wpd



Hartel, Kane, DeSantis,
MacDonald & Howie, LLP
Calverton Office Park
11720 Beltsville Ddrive, Suite 500
Beltsville, Maryland 20705
Telephone: (301) 486-1200
Facsimile: (301) 486-0935

5924 North 15th Street
Arlington, Virginia 22205