IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

KEITH BAILEY, *et ux.*　　　　:
　　　　　　　　　　　　　　:
　　　　　　Plaintiffs,　　:
　　　　　　　　　　　　　　:
　　　　　　v.　　　　　　　:　　Case No: 1:08-cv-00644-RMC
　　　　　　　　　　　　　　:　　Judge Rosemary M. Collyer
J & B TRUCKING SERVICES, :
INC., *et al.*　　　　　　:

### DEFENDANT J&B TRUCKING SERVICES, INC.'S REPLY TO PLAINTIFFS' OPPOSITION TO DEFENDANT J&B TRUCKING SERVICES, INC.'S MOTION FOR THE APPLICATION OF MARYLAND SUBSTANTIVE LAW

COMES NOW the Defendant, J&B Trucking Services, Inc., by and through counsel, and respectfully requests this Honorable Court to grant Defendant J&B Trucking Services, Inc.'s Motion For The Application Of Maryland Substantive Law and issue an Order to apply Maryland substantive law to the facts of this matter. Maryland has the strongest governmental interest in the application of its substantive law in the instant matter. Further, under the District's choice-of-law standard, the District's governmental interest in the application of its substantive law, if any, is substantially outweighed by Maryland's governmental interest in the application of its relevant law.[1]



HARTEL, KANE, DESANTIS,
MACDONALD & HOWIE, LLP
Calverton Office Park
11720 Beltsville Ddrive, Suite 500
Beltsville, Maryland 20705
Telephone: (301) 486-1200
Facsimile: (301) 486-0935

5924 North 15ᵗʰ Street
Arlington, Virginia 22205

---

1.　*See* Defendant J&B Trucking Services, Inc.'s previously filed motion for the application of Maryland substantive law for a discussion of the factors of the District of Columbia's governmental interest test and why those factors weigh in favor of Maryland's governmental interest in the application of its substantive law to the instant matter.

## I.    Relevant Facts

Mr. Sanabria is a longtime resident of the State of Maryland and at the time of the subject occurrence resided at 5615 Queens Chapel Road in Hyattsville, Maryland.  *See* Sanabria Depo. 3:12-22, Ex. D; Sanabria Aff. Ex. A.  J&B Trucking Services, Inc. is organized under the laws of the State of Maryland.

Before the subject accident, a 2002 white Isuzu box truck was stolen from the private residence of Mr. Sanabria by Onorio Cifuentes-Lopez on the date of the alleged occurrence.  *See* Compl. ¶¶ 4:13-16; Hytt. Police Report Ex. C; Sanabria Aff. Ex. A; Rosa Aff. Ex. B.  The subject truck was operated by Onorio Cifuentes-Lopez without consent, expressed or implied.  *See* Sanabria Aff. Ex. A; Hytt. Police Report, Ex. C.  At the time of the theft, the 2002 white Isuzu box truck was located in the driveway of Mr. Sanabria's residence, located on private property and within the State of Maryland.  *See* Sanabria Aff. Ex. A; Rosa Aff. Ex. B; Compl. ¶¶ 4:13-16; Hytt. Police Report, Ex. C.  In the moments before the theft of the subject truck, Mr. Sanabria had left the keys to the subject truck within the truck's ignition.

The stolen, 2002 white Isuzu box truck was driven from Mr. Sanabria's private residence in the State of Maryland and was



HARTEL, KANE, DESANTIS,
MACDONALD & HOWIE, LLP
Calverton Office Park
11720 Beltsville Ddrive, Suite 500
Beltsville, Maryland 20705
Telephone: (301) 486-1200
Facsimile: (301) 486-0935

5924 North 15th Street
Arlington, Virginia 22205

subsequently involved in an accident within the District of Columbia. _See_ Compl. ¶¶ 4-5: 16-19.

## II.  Discussion

As demonstrated in Defendants' previously filed cross-motion for summary judgment, with respect to the issue of Defendants' liability, Defendants should not be found liable as a matter of law regardless of which jurisdiction's substantive law applies to the facts of this matter.[2]  Notwithstanding that fact, Defendant files this reply to address an issue raised in Plaintiffs' opposition.

> **A.  Plaintiffs conclude that no conflict of law exists between the substantive law of the District of Columbia and Maryland through the mistaken application of Maryland choice-of-law jurisprudence, which is the _non-forum_ jurisdiction.**

This case is pending with this Honorable Court based on diversity pursuant to 28 U.S.C. §§ 1441 and 1446 and therefore, "the law of the _forum_ state supplies the choice of law standards." <u>Young Women's Christian Assoc. Of the Nat. Capital Area, Inc. v. Allstate Ins. Co. of Canada</u>, 275 F.3d 1145, 1150



HARTEL, KANE, DESANTIS,
MACDONALD & HOWIE, LLP
Calverton Office Park
11720 Beltsville Ddrive, Suite 500
Beltsville, Maryland 20705
Telephone: (301) 486-1200
Facsimile: (301) 486-0935

5924 North 15ᵗʰ Street
Arlington, Virginia 22205

---

2.  If this Honorable Court were to apply the substantive law of the District of Columbia, Defendants would not be liable as a matter of law as the subject truck was parked within private property.  _See_ <u>Elliott v. Capitol Cadillac-Oldsmobile Company</u>, 245 A.2d 634, 635 (D.C. App. 1968).  Further, if this Honorable Court were to apply the substantive law of the State of Maryland, Defendants would not be liable as the theft of the subject vehicle was an intervening cause, which was the proximate cause of the subject accident.  _See_ <u>Liberto v. Holfeldt</u>, 211 Md. 62, 66 (1959).

(D.C. App. 2002) (*citing* <u>Klaxon Co. v. Stentor Elec. Mfg. Co.</u>, 313 U.S. 487, 496 (1941))(emphasis added). This action was originally filed, by Plaintiffs, in the Superior Court for the District of Columbia and therefore the District of Columbia would provide the choice-of-law standard. <u>See</u> <u>Id</u>. Therefore, Maryland's choice-of-law jurisprudence would not be applied to the facts of this matter as the State of Maryland is not the forum jurisdiction. <u>See</u> <u>Id</u>.

However, in their opposition, Plaintiffs' keystone argument against the application of Maryland substantive law is that *Maryland's* choice-of-law jurisprudence mandates that the District of Columbia's substantive law be applied. Specifically, Plaintiffs argue that the State of Maryland has no governmental interest in the application of its substantive law as Maryland adheres the choice-of-law principle of *lex loci delicti*. <u>See</u> Plain. Opp. ¶ 3, 7-10, 12, 14-15, 16, 20, and 24. Although Plaintiffs argue that Defendants failed to discuss the "practical implications" that Maryland's choice-of-law standard would have in the instant matter, Defendants did not discuss these "implications" as Maryland's choice-of-law standard is irrelevant. <u>See</u> Plain. Opp. at n. 1. <u>See</u> *also* <u>Young Women's</u> 275 F.3d at 1150.

In deciding choice-of-law issues, the District of Columbia follows the "governmental interest" test which "considers as important contacts, *inter alia*, the place of the injury, the



HARTEL, KANE, DeSANTIS,
MACDONALD & HOWIE, LLP
Calverton Office Park
11720 Beltsville Ddrive, Suite 500
Beltsville, Maryland 20705
Telephone: (301) 486-1200
Facsimile: (301) 486-0935

5924 North 15th Street
Arlington, Virginia 22205

-4-

place where the conduct occurred, the domicile of the parties, [and] the place where the relationship between the parties is centered." Myers, et al. v. Gaither, 232 A.2d 577, 583 (1967).[3] The District's governmental interest test does *not* consider the choice-of-law jurisprudence of any other jurisdiction. Maryland's choice-of-law jurisprudence is not a part of the District of Columbia's governmental interest test and therefore would not be a factor in the choice-of-law analysis in the instant matter. See Id. Therefore, the only choice-of-law standard to be applied to the instant matter is choice-of-law standard provided by the forum jurisdiction, the District of Columbia.[4]

### III. Conclusion

WHEREFORE, the Defendant J&B Trucking Services, Inc. respectfully requests this Honorable Court to grant its motion for the application of Maryland substantive law and apply the substantive law of the State of Maryland to the facts, claims, and allegations of this matter.



HARTEL, KANE, DESANTIS,
MACDONALD & HOWIE, LLP
Calverton Office Park
11720 Beltsville Ddrive, Suite 500
Beltsville, Maryland 20705
Telephone: (301) 486-1200
Facsimile: (301) 486-0935

5924 North 15th Street
Arlington, Virginia 22205

---

3.  See Footnote 1, *supra*.

4.  Plaintiffs cite no authority for their application of Maryland's choice-of-law standard, which is the non-forum State. To the contrary, federal courts have consistently held that it is the forum jurisdiction that provides the choice-of-law standard. See Erie Railroad Co. v. Tompkins, 304 U.S. 64 (1938); Klaxon Co. v. Stentor Elec. Mfg. Co., 313 U.S. 487, 496 (1941); Steorts v. American Airlines, Inc., 207 U.S. App. D.C. 369, 372 (1981); Young Women's Christian Assoc. of the Nat. Capital Area, Inc. v. Allstate Ins. Co. of Canada, 275 F.3d 1145, 1150 (D.C. App. 2002).

J&B TRUCKING SERVICES, INC.
By Counsel:

HARTEL, KANE, DESANTIS,
MACDONALD & HOWIE, LLP


_____/s/_____
Neil J. MacDonald, #433699
11720 Beltsville Drive
Suite 500
Beltsville, Maryland 20705
Telephone:  (301) 486-1200
Facsimile:  (301) 486-0935

## CERTIFICATE OF SERVICE

I hereby certify that on this ___29___ day of _August_, 2008,

I have served this document as required by Federal Rule of

Civil Procedure 5(a) by serving this document by first class

U.S. mail to:

Steven VanGrack, Esquire
Edward L. Norwind, Esquire
Murray D. Scheel, Esquire
KARP, FROSH, LAPIDUS,
WIGODSKY & NORWIND, P.A.
2273 Research Boulevard
Suite 200
Rockville, Maryland  20850



HARTEL, KANE, DeSANTIS,
MACDONALD & HOWIE, LLP
Calverton Office Park
11720 Beltsville Ddrive, Suite 500
Beltsville, Maryland 20705
Telephone: (301) 486-1200
Facsimile: (301) 486-0935

5924 North 15th Street
Arlington, Virginia 22205

_____/s/_____
Neil J. MacDonald

E:\NJM\Bailey v. J & B Trucking et al\Reply to Plain Opp to MD Sub Law.8.15.08.wpd

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

KEITH BAILEY, *et ux.*     :
                  :
                  :
        Plaintiffs,    :
                  :
        v.           :    Case:  1:08-cv-00644
                  :    Assigned To:  Collyer, Rosemary M.
J & B TRUCKING SERVICES, :
INC., *et al.*          :
                  :
        Defendants.    :

### AFFIDAVIT OF SERGIO ROLANDO SANABRIA

1.    I, Sergio Rolando Sanabria, am over the age of twenty-one and am competent to testify.

2.    I am a named Defendant in this action.

3.    I have filed a motion to dismiss based on a lack of personal jurisdiction.

4.    I file this affidavit by special appearance only.

5.    On January 7, 2006, a 2002 white Isuzu box truck was stolen from the driveway of my residence located at 5615 Queens Chapel Road, Hyattsville, Maryland.

6.    This vehicle was parked within a driveway on private property at the time it was stolen by the independent third party, Onorio Cifuentes-Lopez.

7.    Onorio Cifuentes-Lopez did not have permission, expressed or implied, to operate the Isuzu box truck.



I solemnly affirm under the penalties of perjury and upon personal knowledge that the contents of the foregoing Affidavit are true.


_____
Sergio Rolando Sanabria

_B-06-08_
Date


State of _Maryland_
County of _Prince George's_

I hereby certify that on the _6th_ day of _August_, 2008, before me, the subscriber, a notary public of the State of Maryland, personally appeared the affiant Sergio Rolando Sanabria and made oath or affirmation in due form of law that the matters and facts set forth in the forgoing Affidavit are true.

As witness my hand and notarial seal.


_Martha W. Harrison_
Name:


My Commission Expires:

**MARTHA W. HARRISON**
Notary Public, State of Maryland
Commission Expires Oct. 1, 2008


E:\NJM\Bailey v. J & B Trucking et al\SMJ.Aff.7.28.09.wpd

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

KEITH BAILEY, *et ux.*        :
                              :
                              :
        Plaintiffs,           :
                              :
        v.                    :    Case:  1:08-cv-00644
                              :    Assigned To:  Collyer, Rosemary M.
J & B TRUCKING SERVICES,      :
INC., *et al*.                :
                              :
        Defendants.           :

### AFFIDAVIT OF ROSA H. LOPEZ

1.    I, Rosa H. Lopez, am over the age of twenty-one and am competent to testify.

2.    I currently reside at 5615 Queens Chapel Road, Hyattsville, Maryland.

3.    On January 7, 2006, a 2002 white Isuzu box truck was stolen from the driveway of my residence located at 5615 Queens Chapel Road, Hyattsville, Maryland.

4.    This vehicle was parked within a driveway on private property at the time it was stolen by the independent third party, Onorio Cifuentes-Lopez.

5.    My Toyota Camry was also parked in the driveway of my residence, also on private property at the time the subject truck was stolen.

6.    My Toyota Camry was damaged, on private property, when thief, Onorio CIfuentes-Lopez, while driving away, hit my car.

EXHIBIT
tabbies
*B*

I solemnly affirm under the penalties of perjury and upon personal knowledge that the contents of the foregoing Affidavit are true.

_____
Rosa H. Lopez

8/6/08
Date

State of _Maryland_

County of _Prince George's_

I hereby certify that on the 6th day of August, 2008, before me, the subscriber, a notary public of the State of Maryland, personally appeared the affiant Rosa H. Lopez and made oath or affirmation in due form of law that the matters and facts set forth in the forgoing Affidavit are true.

As witness my hand and notarial seal.

Martha W. Harrison
Name:

My Commission Expires:

**MARTHA W. HARRISON**
Notary Public, State of Maryland
Commission Expires Oct. 1, 2008

E:\NJM\Bailey v. J & B Trucking et al\SMJ.Aff.7.28.09.wpd

**attsville City Police**

# INCIDENT REPORT

06-0069

| COPY TO | OTHER REPORTS: |
|---|---|
| | ARREST   ACCIDENT |
| | CONTINUATION   J-2 |
| | PROPERTY   OTHER |
| | SPECIAL |

Incident Number
00324

☐ CRS

☐ CID

TYPE OF INCIDENT
**STOLEN AUTO**

DATE/TIME OCCURRED
1-7-06      04450500

LOCATION OF INCIDENT
5615 QUEENS CHAPEL RD, HYATTSVILLE, MD

DATE/TIME REPORTED
1-7-06      0510

SUMMARY OF INCIDENT
UNKNOWN SUSPECT STOLE BOX TRUCK

| PERSONS | V-VICTIM  W-WITNESS | R-REPORTING PERSON  P-HYATTSVILLE CITY POLICE | T-T/A | | | | |
|---|---|---|---|---|---|---|---|

| CODE | NAME: LAST | FIRST | MIDDLE | RACE | SEX | DOB | H N |
|---|---|---|---|---|---|---|---|
| V | LAINEZ | JOSE | | H | M | 10-16-71 | ☒ ☐ |

S/A LOI ☐   ADDRESS 8622 WATERSHED CT, GAITHERSBURG, MD 20877   CITY   STATE   ZIP
HOME TELEPHONE 240-793-4701

PLACE OF EMPLOYMENT // SCHOOL / OR OTHER INFORMATION
OTHER TELEPHONE

| CODE | NAME: LAST | FIRST | MIDDLE | RACE | SEX | DOB | H N |
|---|---|---|---|---|---|---|---|
| R | SANABRIA | SERGIO | | H | M | 1-23-77 | ☒ ☐ |

S/A LOI ☒   ADDRESS   CITY   STATE   ZIP
HOME TELEPHONE 240-982-0077

| CODE | NAME: LAST | FIRST | MIDDLE | RACE | SEX | DOB | H N |
|---|---|---|---|---|---|---|---|
| | | | | | | | ☐ ☐ |

S/A LOI ☐   ADDRESS   CITY   STATE   ZIP
HOME TELEPHONE

A-ARRESTED   S-SUSPECT   F-FIELD OBSERVATION
MORE NAMES IN DETAILS?   YES ☐   NO ☒

| CODE | NAME: LAST | FIRST | MIDDLE | RACE | SEX | DOB | H N |
|---|---|---|---|---|---|---|---|
| S | UNKNOWN | | | | | | ☐ ☐ |

S/A LOI ☐   ADDRESS   CITY   STATE   ZIP
TELEPHONE

HGT   WGT   EYES   HAIR   OTHER DESCRIPTION, PHYSICAL APPEARANCE / DESCRIPTION OF WEAPON

| CODE | NAME: LAST | FIRST | MIDDLE | RACE | SEX | DOB | H N |
|---|---|---|---|---|---|---|---|
| X | | | | | | | ☐ ☐ |

S/A LOI ☐   ADDRESS   CITY   STATE   ZIP
TELEPHONE

HGT   WGT   EYES   HAIR   OTHER DESCRIPTION, PHYSICAL APPEARANCE / DESCRIPTION OF WEAPON

| TOTAL | VEHICLE | S-STOLEN  R-RECOVERED | A-VEHICLE AUDIT  I-IMPOUND | O-OTHER  U-UNAUTHORIZED USE | W-WANTED | RACE | SEX | DOB | H N |
|---|---|---|---|---|---|---|---|---|---|

CLERK   OWNER   NAME: LAST   FIRST   MIDDLE   RACE SEX DOB   H N

S/A V? ☒   ADDRESS   CITY   STATE   ZIP   TELEPHONE

OWNER NOTIFIED?   YES ☐   NO ☐   DATE / TIME   INSURANCE COMPANY

| CODE | YR. MAN. | MAKE AND MODEL | STYLE | COLOR | LICENSE PLATE NUMBER | STATE | MONTH / YEAR |
|---|---|---|---|---|---|---|---|
| S | 02 | ISUZU | BX TK | WHIT/RED | 83L092 | MD | 9/06 |

VIN   JALF5C13727700502
REMARKS

MILEAGE   KEYS IN IGNITION? YES ☐ NO ☒   MAY VEHICLE BE RELEASED? IF NOT, WHY? YES ☐ NO ☒   IMPOUND NUMBER / ID NO.

VALUE   IF RECOVERED, JURISDICTION STOLEN FROM   CITY / COUNTY   STATE

TOWED BY   LOCATION TOWED TO

**EXHIBIT
C**

TELECOMMUNICATIONS NOTIFIED? YES ☐ NO ☐ ID   ELECTRONIC MAIL OR TELEPHONE?   DATE/T

REPORTING OFFICER   PFC S BACHERT   194   sector B   Ward 5   APPROVAL L.T.S.   #103

L-103

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA


KEITH BAILEY, et al.          :

                              :

            Plaintiffs :

                              :

     vs.                      : Civil Action No.

                              : 1:08-cv-00644-RMC

J&B Trucking Service, Inc.,: Judge R. Collyer

et al.                        :

                              :

            Defendants :


Beltsville, Maryland

Tuesday, May 27, 2008


Deposition of:


SERGIO R. SANABRIA

called for oral examination by counsel for

Plaintiffs, pursuant to notice, at the offices

of Hartel, Kane, DeSantis, MacDonald, & Howie,

LLP, 11720 Beltsville Drive, Suite 500,

Beltsville, Maryland 20705, before Renee A.

Feder, CSR, a Notary Public in and for the

State of Maryland, beginning at 1:08 p.m.,

when were present on behalf of the respective

parties:

**EXHIBIT**

*D*

Page 2

```
1  On behalf of the Plaintiffs:
2
2     BY: EDWARD L. NORWIND, ESQ.
3        Karp, Frosh, Lapidus, Wigodsky
3        & Norwind, P.A.
4        2273 Research Boulevard, Suite 200
4        Rockville, Maryland 20850
5        (301)948-3800
5
6
7  On behalf of the Defendants:
8     BY: MICHAEL A. DESANTIS, ESQ.
8        Hartel, Kane, DeSantis, MacDonald
9        & Howie, LLP
9        11720 Beltsville Drive, Suite 500
10       Beltsville, Maryland 20705
10       (301)486-1200
11
11
12 Also Present: Claudine Varesi, Interpreter
12
13              + + +
14
14        C O N T E N T S
15
15 WITNESS: SERGIO R. SANABRIA
16
17 EXAMINATION BY:           PAGE:
18   MR. NORWIND            3
19   MR. DeSantis          32
20        E X H I B I T S
21 DEPOSITION NO.    MARKED FOR IDENTIFICATION
22   None.
```

Page 3

```
1         P-R-O-C-E-E-D-I-N-G-S
2     (Thereupon, the interpreter was sworn to
3  translate the questions and answers accurately
4  and completely.)
5  Thereupon,
6         SERGIO R. SANABRIA
7  was called for examination by counsel and,
8  after having been duly sworn by the Notary,
9  was examined and testified as follows:
10   EXAMINATION BY COUNSEL FOR PLAINTIFFS
11      BY MR. NORWIND:
12   Q.   What is your name, sir?
13   A.   It is Sergio Rolando Sanabria.
14   Q.   And where do you live?
15   A.   I live in Hyattsville.  The whole
16 address would you like?
17   Q.   Please.
18   A.   5615 Queens Chapel Road,
19 Hyattsville P.G.  Zip code 20782.
20   Q.   How long have you lived there?
21   A.   I have lived there, I believe,
22 since 2003.
```

Page 4

```
1    Q.   What is your country?
2    A.   Guatemala.
3    Q.   When did you come to the United
4  States?
5    A.   I came in '99.
6    Q.   When you came to the United States
7  in 1999, where did you first live?
8    A.   The first place where I lived, I
9  lived for some time in Virginia, for some
10 months.  After that I came to Gaithersburg, to
11 live in Gaithersburg.
12   Q.   Where in Virginia did you live?
13   A.   I don't remember, to be very
14 honest.
15   Q.   What city?
16   A.   Arlington.
17   Q.   Who did you live with then?
18   A.   With some friends.
19   Q.   And then you moved to
20 Gaithersburg?
21   A.   Yes, I did move afterwards to
22 Gaithersburg.
```

Page 5

```
1    Q.   When did you move to Gaithersburg?
2    A.   I moved to Gaithersburg in -- I
3  will make a correction.  Like October of '99.
4    Q.   To Gaithersburg?
5    A.   Yes.  Gaithersburg.
6    Q.   And where in Gaithersburg did you
7  live?
8    A.   At Queen Orchard Boulevard.
9    Q.   Quince?
10   A.   Yes, Quince Orchard Boulevard.
11      THE INTERPRETER:  Mistake by
12 interpreter.
13      THE WITNESS:  I don't remember the
14 apartment number exactly.
15      BY MR. NORWIND:
16   Q.   And did you have that same address
17 in Gaithersburg until you moved to
18 Hyattsville?
19   A.   Yes.  I only lived at that place.
20   Q.   Do you have children who live with
21 you?
22   A.   No, my children are not living
```

Page 6

1.  with me.
2.      Q.   Are they in Guatemala?
3.      A.   Yes.
4.      Q.   Do you understand English?
5.      A.   I understand fairly.  Not too
6.  much.
7.      Q.   Where do you work, sir?
8.      A.   Right now I work in a company, an
9.  installation company of, like, electronics,
10. dishwashers, microwaves, refrigerators.  We
11. take the deliveries and we make the
12. installations.
13.     Q.   What is the name of the company
14. you work for?
15.     A.   Donis Trucking Service.
16.          THE INTERPRETER:  The interpreter
17. is asking the spelling of it.
18.          THE WITNESS:  Donis Trucking
19. Service.  This is not the card, this is just
20. to show the name.  That is the way you write
21. Donis, D-O-N-I-S, Trucking Service.
22.          BY MR. NORWIND:

Page 7

1.      Q.   Is that the company card?
2.      A.   No.
3.      Q.   What was that?
4.           MR. DeSANTIS:  You can show it to
5.  him.
6.           THE WITNESS:  It is the name of a
7.  pastor but because she has the same name I am
8.  showing it just for the spelling.
9.           MR. DeSANTIS:  Now I understand,
10. too.
11.          MR. NORWIND:  I get it.
12.          BY MR. NORWIND:
13.     Q.   Is this company owned by the
14. pastor or the pastor's husband?
15.     A.   Yes.  The name of the company is
16. the pastor's name, but this is a personal
17. card.  But the company's name is Donis
18. Trucking Service.
19.     Q.   So help me understand, who owns
20. the company?
21.     A.   I do believe it is her, it is her.
22. She is the owner of the company.

Page 8

1.      Q.   I see.  How long have you worked
2.  for Donis Trucking?
3.      A.   For them?  October, two years.
4.  Approximately, two years.
5.      Q.   Does this company have an office?
6.      A.   It is just one truck.  Just one
7.  truck that they have.  But they don't have an
8.  office.
9.      Q.   Who owns this truck?
10.     A.   I work for a company but I am not
11. sure since I work with one of the assistants.
12. But I don't really, I am not -- I do not know
13. the relationship or how the business works.
14.     Q.   Where do you report to work?
15.     A.   With the person I work with, he
16. comes from Gaithersburg.  He comes and picks
17. me up.  Because I take the car to Democracy
18. Boulevard, or sometimes to Silver Spring and
19. he picks me up.
20.     Q.   Help me understand.  You drive to
21. meet him?
22.     A.   Yes, I drive from my house, from

Page 9

1.  my home to go and meet him.
2.      Q.   I see.  And sometimes you leave
3.  the truck by Democracy Boulevard?
4.      A.   The truck, somebody brings it from
5.  Gaithersburg.  And when we finish working, he
6.  takes the truck back and I take my car and go
7.  back home.
8.      Q.   So where do you meet the truck?
9.      A.   On Democracy Boulevard, at Old
10. Georgetown Road.  I meet him on Democracy
11. Boulevard and Old Georgetown.
12.     Q.   You park your car there?
13.     A.   Yes, I park my car behind some
14. businesses.
15.     Q.   Do you meet this truck in other
16. places like Silver Spring?
17.     A.   Yes, sometime in Silver Spring, at
18. Georgia Avenue and East West Highway.  I park
19. my car there.  There is a church where I go,
20. so I leave my car there at the church.
21.     Q.   What route do you take when you
22. are driving from your house to Democracy

Page 10

1  Boulevard to meet this truck?
2      A.  I take Queens Chapel Road and it
3  turns into Adelphi.  And Adelphi turns onto
4  University Boulevard.  I take 495 and then I
5  exit by Old Georgetown Road.
6      Q.  What route do you take from your
7  house to Georgia Avenue and East West Highway?
8      A.  I come from Queen Chapel Road.  I
9  take East West Highway.  That takes me to
10  Georgia Avenue.
11      Q.  Now, do you work full time?
12      A.  I work five days a week, sometimes
13  three, sometimes four.  Depending.
14      Q.  Where do you pick up the
15  appliances that you deliver and install?
16      A.  We go to the warehouse that is
17  close to Baltimore on Route 100.  I don't
18  remember the road but it is 170, because there
19  are some warehouses that are in that location,
20  in that area.
21      Q.  Whose warehouse is it?
22      A.  It is a delivery company, HBI.

Page 11

1  They distribute it to Home Depot, General
2  Electric, and some other companies that I
3  don't remember their names.
4      Q.  Tell me how it works with
5  deliveries.  For example, are these Home Depot
6  customers that you deliver to?
7      A.  Yes, they are clients from Home
8  Depot.
9          What I want to say is, the people
10  that are going to buy at Home Depot, they
11  offer -- some offers of installation and
12  people buy.  And when they buy, the delivery
13  arrives like three or four days after.
14      Q.  Other than Home Depot customers,
15  what other customers are you delivering to?
16      A.  General Electric Online on the
17  website.
18      Q.  Other companies, Maytag,
19  Whirlpool.  Any others?
20      A.  It is the brands that we deliver.
21  We deliver but for the other names I don't
22  remember.

Page 12

1      Q.  So, you, for Home Depot, for
2  example, you take out the old appliance and
3  you install the new one?
4      A.  Yes, that is correct.
5      Q.  Do you have a specific delivery
6  area?
7      A.  We deliver in all areas of
8  Baltimore, Frederick, West Virginia, and
9  sometimes in D.C., Washington.
10      Q.  How often do you deliver in D.C.?
11      A.  Sometimes three times a week.
12  Sometimes twice.  Depending because we don't
13  have specific routes.
14      Q.  On the average, are you making two
15  or three deliveries a week into D.C.?
16      A.  More.
17      Q.  How many more?
18      A.  When the truck goes to D.C. it
19  takes 12 deliveries, sometimes 14.  So 10 to
20  20 to 30.  Maybe 35 deliveries a week.
21      Q.  Into D.C.?
22      A.  Into D.C., yes.

Page 13

1      Q.  And is this something you do every
2  week in DC?
3      A.  Every week.  But other days, they
4  also send us elsewhere.
5      Q.  So, help me understand something.
6  Every week, on average, how many things do you
7  deliver?
8      A.  It is hard to tell to give you an
9  exact number.  There are clients that have
10  five appliances, maybe dishwasher, microwave.
11  It is several, maybe several for one client.
12  So I can't tell you a specific number.
13      Q.  On average, are you delivering 100
14  things per week?
15      A.  It is possible, yes.
16      Q.  Sometimes more and sometimes less?
17      A.  It would be less than 100.
18      Q.  What size truck is this?
19      A.  It is a 24 foot truck.  And 12,
20  6 feet and the length is 24 feet.
21      MR. DeSANTIS:  Is that 12 feet, 6
22  inches?

Page 14

1    THE WITNESS: 12 feet and
2 6 inches, correct.
3    BY MR. NORWIND:
4    Q.   So, sir, how many dishwasher boxes
5 can you fit on this truck at one time?
6    A.   Sometimes they give us 30, 30
7 pieces, and the truck goes full because they
8 go -- it takes several refrigerators and they
9 fill up the space.  When there are dishwashers
10 and smaller machines, it is possible there is
11 more space.  But, normally, there is whatever
12 the truck can carry, maybe 30 pieces.
13    Q.   And when they load the truck for
14 you --
15    A.   We fill it up.
16    Q.   So when you load the truck, are
17 these deliveries for that one day?
18    A.   Yes.  For that same day.
19    Q.   And then you empty the truck?
20    A.   Yes, until we finish the route.
21    Q.   And then next day all over again?
22    A.   The next day we unload the old

Page 15

1 machines and we load the new ones.
2    Q.   I understand.
3    Are you understanding my questions
4 in English?
5    A.   Yes.
6    Q.   So, have you been working like
7 this, like you have told us about, for the
8 past two years or so?
9    A.   Yes.
10    Q.   Do you drive the truck?
11    A.   We both carry the truck, both of
12 us.  When I am tired, he drives.  When he is
13 tired, I drive.
14    Q.   So two guys?
15    A.   Yes.
16    Q.   And you know the streets in the
17 District of Columbia?
18    A.   We need to see the map.  However,
19 there are many roads that I do know.  We know.
20    Q.   Before working for Donis Delivery,
21 where else did you work?
22    A.   I was working for a company, an

Page 16

1 air conditioning company.  But because I did
2 some air conditioning -- I did some training
3 for air conditioning and I was like eight
4 months working.
5    Q.   And the name of that company?
6    A.   It is Ebenezer.
7    Q.   Where is it located?
8    A.   Route 95 and -- it is north.  It
9 is the road --
10    Q.   Laurel, Columbia?
11    A.   No.  Fulton.  Let me check.  I
12 have a card right here.
13    MR. NORWIND:  Fulton is 108.
14 Howard County, I think.
15    BY MR. NORWIND:
16    Q.   What kind of work did you do
17 there?
18    A.   I did there?
19    Q.   Yes.
20    A.   I used to help them pull the air
21 conditioner units, install them, install the
22 ducts, the air ducts, and the cleaning of the

Page 17

1 units, of the air units.
2    Q.   Did you go into the District of
3 Columbia for that job?
4    A.   Yes.  We went, probably three or
5 four times we went there.
6    Q.   Do you have any part time work?
7    A.   No.
8    Q.   So, full time with Donis now.  And
9 full time with the air conditioning company?
10    A.   Yes.
11    Q.   Did you have any part time work
12 when you worked for the air conditioning
13 company?
14    A.   No.
15    Q.   Now, before the air conditioning
16 company, where did you work?
17    A.   I worked with Belfort Furniture.
18    Q.   B-E-L-F-O-R-T?
19    A.   There is a picture here.
20    MR. DeSANTIS:  Counsel, he brought
21 a photograph of the -- it wasn't of the truck,
22 it was the house that he lived in.  But it has

Page 18

1. a photograph of the truck parked to the side.
2.        MR. NORWIND: Okay. Thank you.
3.        BY MR. NORWIND:
4.    Q.    What kind of work for Belfort did
5. you do?
6.    **A.    We delivered new furniture to the**
7. **houses.**
8.    Q.    When did you work for Belfort?
9.    **A.    I started working for Belfort in**
10. **2001. 2001.**
11.        MR. DeSANTIS: Until when?
12.        THE WITNESS: Until I started
13. working for the air conditioning company. May
14. I write it? Until 2007.
15.        BY MR. NORWIND:
16.    Q.    About six years?
17.    **A.    That I worked for the company,**
18. **yes.**
19.    Q.    Did you bring their truck home
20. with you all the time?
21.    **A.    Sometimes.**
22.    Q.    So, where is Belfort Company

Page 19

1. located?
2.    **A.    It is route -- I am not sure if it**
3. **is --**
4.    Q.    In Northern Virginia?
5.    **A.    Yes, Northern Virginia.**
6.    Q.    And you made deliveries for them?
7.    **A.    In Virginia?**
8.    Q.    Well, I am asking what type of
9. work exactly did you do for them.
10.    **A.    I loaded the furniture, put it in**
11. **the truck, and I delivered to the clients.**
12.    Q.    Did you drive the truck?
13.    **A.    Yes, I did drive the truck.**
14.    Q.    Where did you make these
15. deliveries?
16.    **A.    I did these deliveries in**
17. **Manassas, Arlington, Warrenton. We went to**
18. **Southern Maryland, like La Plata. All the way**
19. **to parts of Frederick. And times we would go**
20. **into Washington. Three or four times a month**
21. **we would go to Washington.**
22.    Q.    Washington, D.C. for deliveries?

Page 20

1.    **A.    Yes.**
2.    Q.    Did you pick up at a warehouse or
3. the company store?
4.    **A.    The company's warehouse.**
5.    Q.    So, is it correct, Mr. Sanabria,
6. that you made deliveries for Belfort into
7. Washington, D.C. for almost six years three or
8. four times a month?
9.    **A.    Three to four times a month. Not**
10. **every week.**
11.    Q.    Now, sir, I want to ask you a few
12. personal questions. Please don't take offense
13. because there is some information we need for
14. the lawsuit.
15.        Okay?
16.    **A.    Yes.**
17.    Q.    So, Number 1, do you have a
18. driver's license?
19.    **A.    Yes.**
20.    Q.    From what state?
21.    **A.    From the State of Maryland.**
22.    Q.    Do you have a commercial driver's

Page 21

1. license?
2.    **A.    No.**
3.    Q.    Do you have any -- have there been
4. any criminal charges against you?
5.    **A.    No.**
6.    Q.    Have you ever been arrested?
7.    **A.    No.**
8.    Q.    Have you ever gotten parking
9. tickets?
10.    **A.    Yes.**
11.    Q.    Have you ever gotten traffic
12. tickets for speeding, not stopping at red
13. lights, things like that?
14.    **A.    The traffic tickets in Virginia**
15. **with the radar.**
16.    Q.    I see. Any tickets from the
17. District of Columbia?
18.    **A.    In what time? Which time are you**
19. **referring to?**
20.    Q.    2001 to now.
21.    **A.    Only one that they gave me two**
22. **months ago. I was talking with somebody and**

Page 22

1  the moment he came out he saw me, he saw me
2  with the telephone.
3      Q.   A cell phone in the truck?
4      A.   Yes.
5      Q.   It happened to me, too.
6          Are you a citizen of the United
7  States?
8      A.   No.
9      Q.   Do you have a green card?
10     A.   No.
11     Q.   Have you applied for citizenship
12  or green card?
13     A.   No. I am waiting for the law
14  because I do pay my taxes, have a tax ID. So
15  I am basically waiting.
16     Q.   All right. Are there -- well,
17  what is your status?
18         MR. DeSANTIS: I am going to
19  object and I am going to assert a Fifth
20  Amendment privilege based on what has been
21  said to date.
22         Do not answer the question.

Page 23

1          THE WITNESS: Okay.
2          BY MR. NORWIND:
3      Q.   Have you ever contacted the INS in
4  Washington D.C. for any reason?
5      A.   No.
6      Q.   Have you ever applied for
7  citizenship to an office in Washington, D.C.?
8      A.   No.
9      Q.   Have you ever applied for a green
10  card to an office in Washington, D.C.?
11     A.   No, I have not applied.
12     Q.   Have you ever been asked to leave
13  this country by the government?
14     A.   No.
15     Q.   Okay, Mr. Sanabria, we have talked
16  about some of your work activities. Let me
17  ask you now about some of your personal
18  activities.
19         Do you ever go into the District
20  of Columbia?
21     A.   Only when I work.
22     Q.   Do you have any family members in

Page 24

1  the District of Columbia?
2      A.   No.
3      Q.   Do you ever go to visit friends in
4  Washington, D.C.?
5      A.   No, I do not have any.
6      Q.   Do you go to church in Washington,
7  D.C.?
8      A.   No, not in D.C.
9      Q.   Do you go to ballgames, soccer
10  games, D.C. United, baseball, anything in
11  D.C.?
12     A.   No. No.
13     Q.   Do you ever drive through the
14  District of Columbia when you are not working?
15     A.   No. No. I do not.
16     Q.   In going to any of your jobs, have
17  you ever taken 295 or 395 to get to work?
18         MR. DeSANTIS: I object.
19         Through the District?
20         MR. NORWIND: Yes.
21         MR. DeSANTIS: Through the
22  District.

Page 25

1          THE WITNESS: To get to work?
2          MR. NORWIND: Yes.
3          THE WITNESS: No.
4          BY MR. NORWIND:
5      Q.   Have you ever taken Rhode Island
6  Avenue to get to work in the District?
7      A.   No. No, not Rhode Island. I
8  don't take that road -- to get to the
9  District?
10     Q.   Yes.
11         MR. DeSANTIS: To get to work.
12         THE WITNESS: In the mornings or
13  evening?
14         MR. NORWIND: Morning or evening.
15         THE WITNESS: When we are going to
16  work. When we are going to work we take Riggs
17  Road. This one takes us all the way to D.C.
18         BY MR. NORWIND:
19     Q.   Riggs Road into Northeast D.C.?
20     A.   Yes, Northeast.
21     Q.   So, when you are traveling on
22  Riggs Road, is that when you go to work?

Page 26

1    **A.    When we are coming with a loaded**
2    **truck, we travel on that road.**
3        Q.    And this is for which job?
4    **A.    For this, for the appliance job.**
5        MR. DeSANTIS:  I will just put on
6    the record that the answer was not responsive
7    to the question as the answer seems to
8    indicate that he was working at the time he is
9    traveling on Riggs Road.
10        BY MR. NORWIND:
11        Q.    Sir, have you ever gotten medical
12    care from a hospital in D.C.?
13    **A.    Medical treatment, no.**
14        Q.    Has a doctor ever treated you in
15    D.C.?
16    **A.    No.**
17        Q.    Have you ever been hurt on the
18    job?
19    **A.    Yes.**
20        Q.    Did you have worker's comp
21    benefits?
22    **A.    No.**

Page 27

1        Q.    Did you ever get hurt in D.C.?
2    **A.    No.  When I got hurt it was when I**
3    **was working at the warehouse in Belfort, at**
4    **Belfort.**
5        Q.    We have talked about your full
6    time jobs.  We have talked about no part time
7    work.  Do you have any personal business?
8    **A.    No.**
9        Q.    You don't sell anything.  Correct?
10    **A.    I do not sell anything.**
11        Q.    Do you shop in stores in the
12    District of Columbia?
13    **A.    No.**
14        Q.    Who were you working for in
15    January, 2006?
16    **A.    I was working for J&B Trucking**
17    **Service.**
18        Q.    What period of time did you work
19    for J&B?
20    **A.    From 2001 to 2007.**
21        Q.    Did J&B do deliveries for Belfort?
22    **A.    Yes.**

Page 28

1        Q.    So please help me understand
2    something.  For the entire time that you made
3    deliveries for Belfort, were you working for
4    J&B?
5    **A.    In Belfort?  Could you please**
6    **repeat the question?**
7        Q.    Okay.  I will try.  Let me
8    regroup.
9            When you made deliveries for
10    Belfort, is that when you were working for J&B
11    Trucking?
12    **A.    Yes.**
13        Q.    So J&B did the deliveries for
14    Belfort.  Is that right?
15    **A.    For Belfort.**
16        Q.    Like a delivery contractor?
17    **A.    Yes, like a contractor.**
18        Q.    Is that correct?
19    **A.    Yes.**
20        Q.    So you worked for J&B from 2001 to
21    2007.  Is that right?
22    **A.    Yes.**

Page 29

1        Q.    Are you a member of a union?
2    **A.    No.  A union is like a syndicate,**
3    **a workers union?**
4        Q.    Yes.
5    **A.    No, I am not a member.**
6        Q.    Sir, do you pay taxes for the
7    District of Columbia?
8    **A.    I write my taxes.  I do.**
9        Q.    To the District?
10    **A.    But I couldn't tell you -- I do**
11    **not know if it is for the District or for**
12    **where.**
13        Q.    Okay, Mr. Sanabria, you have the
14    picture showing us the Belfort truck at your
15    home.
16    **A.    It is not my home.  But it is**
17    **where I used to park the truck because I leave**
18    **late from work and it was too tiring to go get**
19    **the car to the place where I used to park it**
20    **so I would go home.**
21        Q.    Because it was a long workday?
22    **A.    Yes.**

Page 30

1   Q.   So, where is this located?  What
2   city is the house in?
3       **A.   Hyattsville.**
4       Q.   So, on your picture -- help your
5   lawyer understand something.  Does this truck
6   belong to J&B?
7       **A.   That truck, yes, it does.**
8       Q.   So it says Belfort on the truck,
9   but it is a J&B truck.  Is that correct?
10      **A.   The name of Belfort, they just put**
11  **it as an advertisement.  But the truck belongs**
12  **to J&B.**
13      Q.   Okay.  So, your paycheck came from
14  J&B and not from Belfort?
15      **A.   Yes, my check.**
16      Q.   You told us that Belfort is in
17  Chantilly or Reston.  Is that correct?
18      **A.   Herndon or Reston, but I don't**
19  **remember exactly.**
20      Q.   Tell us the route you took from
21  home to work at Belfort.
22      **A.   Because we used to go to different**

Page 31

1   **locations, sometimes I would take 495 to**
2   **take -- to drop my companion off at Georgia**
3   **Avenue, and from there I would go home.**
4   **Sometimes I would end up by Frederick, but I**
5   **had to come down here, and then I would go**
6   **and -- I would either park the truck or go**
7   **home.**
8       Q.   So, 495, you started on 495, to go
9   to work at Belfort?
10      **A.   In the morning, yes.  I take 495.**
11      Q.   And where do you get off of 495?
12      **A.   I exit on the toll road, taking**
13  **the toll road, and then 28 North.  Until -- I**
14  **would take another road but I don't remember**
15  **the name exactly to get to the warehouse.**
16      MR. NORWIND:  That might be all I
17  have.  Let me just regroup with my notes.  We
18  will take a short break.
19      MR. DeSANTIS:  Do you mind if I
20  clarify a couple of things while you look at
21  your notes?
22      MR. NORWIND:  No.

Page 32

1   EXAMINATION BY COUNSEL FOR DEFENDANTS
2       BY MR. DeSANTIS:
3       Q.   Have you ever lived in the
4   District of Columbia since coming from
5   Guatemala?
6       **A.   No, I have not.**
7       Q.   When you say you didn't know
8   whether you pay taxes to the District or
9   whoever, were you paying income taxes?
10      **A.   I pay my taxes.  I know that I**
11  **send two letters, one for one, side one to the**
12  **other, but I don't know exactly.**
13      Q.   When you pay taxes, is that for
14  the money that you earn?
15      **A.   How is that?**
16      Q.   Do you know what federal income
17  taxes are?
18      **A.   No.**
19      Q.   You had been asked about --
20      THE INTERPRETER:  Can I rephrase
21  it so he will understand?
22      The taxes that you pay?

Page 33

1       THE WITNESS:  They give me a form
2   from the company so I go to -- somebody does
3   the taxes for me.  I report my expenses,
4   everything that I spend, my tools and
5   everything.  And so they do the taxes for me,
6   the accountant does the taxes for me.
7       BY MR. DeSANTIS:
8       Q.   Okay.  All right.  And this Riggs
9   Road, you testified previously that you
10  traveled on Riggs Road in Washington on your
11  deliveries?
12      **A.   Yes, usually we take Riggs Road.**
13      Q.   I want to clarify, did you ever
14  take Riggs Road, did you ever take Riggs Road
15  leaving home or going back home after you
16  finished work?
17      THE INTERPRETER:  The interpreter
18  is going to repeat.
19      MR. DeSANTIS:  Let me rephrase.
20      BY MR. DeSANTIS:
21      Q.   Did you ever use Riggs Road in
22  D.C. other than when you were making

Page 34

1.  deliveries?
2.      **A.    I can take Riggs Road in parts.**
3.  **But I am trying to say at this time --**
4.          THE INTERPRETER:  The attorney is
5.  not asking when he is going to work, like he
6.  is going on his free time to D.C.?
7.          THE WITNESS:  Sometimes I take
8.  Riggs Road when I am not going to work.
9.          MR. DeSANTIS:  That clarifies it.
10.         MR. NORWIND:  I don't have
11. anything else.
12.         Thank for your time, Mr. Sanabria.
13.         (Whereupon, at 2:01 p.m., the
14. deposition was concluded.)
15.             + + +
16.
17.
18.
19.
20.
21.
22.

Page 35

1   CERTIFICATE FOR READING AND SIGNING
2
3       I hereby certify that I have read
4   and examined the within transcript and the
5   same is a true and accurate record of the
6   testimony given by me.
7       Any corrections I have listed on
8   the separate errata sheet enclosed, indicating
9   the page and line number of each correction.
10
11
12
13
13  _____
14      SERGIO R. SANABRIA
14
15
15  _____
16      Date
16
17
18
19
20
21
22

1          CERTIFICATE OF NOTARY PUBLIC

2                    I, Renee A. Feder, the officer

3     before whom the foregoing deposition was

4     taken, do hereby certify that the witness,

5     whose testimony appears in the foregoing

6     deposition, was duly sworn by me; that the

7     testimony of said witness was taken by me in

8     shorthand and thereafter reduced to computer

9     type under my direction; that said deposition

10    is a true record of the testimony given by

11    said witness; that I am neither counsel for,

12    related to, nor employed by any of the parties

13    to which this deposition was taken; and

14    further, that I am not a relative or employee

15    of any attorney or counsel employed by the

16    parties hereto, nor financially or otherwise

17    interested in the outcome of the action.

18

19                    _____

19                    Notary Public in and for

20                    The State of Maryland

21    My Commission Expires:

21    September 1, 2008

22

## A

accountant 33:6
accurate 35:5
accurately 3:3
action 1:5 36:17
activities 23:16,18
address 3:16 5:16
Adelphi 10:3,3
advertisement 30:11
ago 21:22
air 16:1,2,3,20,22 17:1
    17:9,12,15 18:13
al 1:3,7
Amendment 22:20
answer 22:22 26:6,7
answers 3:3
apartment 5:14
appears 36:5
appliance 12:2 26:4
appliances 10:15 13:10
applied 22:11 23:6,9
    23:11
Approximately 8:4
area 10:20 12:6
areas 12:7
Arlington 4:16 19:17
arrested 21:6
arrives 11:13
asked 23:12 32:19
asking 6:17 19:8 34:5
assert 22:19
assistants 8:11
attorney 34:4 36:15
Avenue 9:18 10:7,10
    25:6 31:3
average 12:14 13:6,13

## B

B 2:20
back 9:6,7 33:15
BAILEY 1:3
ballgames 24:9
Baltimore 10:17 12:8
baseball 24:10
based 22:20
basically 22:15
beginning 1:19
behalf 1:20 2:1,7
Belfort 17:17 18:4,8,9
    18:22 20:6 27:3,4,21
    28:3,5,10,14,15
    29:14 30:8,10,14,16
    30:21 31:9
believe 3:21 7:21
belong 30:6
belongs 30:11
Beltsville 1:9,16,17 2:9
    2:10
benefits 26:21

Boulevard 2:4 5:8,10
    8:18 9:3,9,11 10:1,4
boxes 14:4
brands 11:20
break 31:18
bring 18:19
brings 9:4
brought 17:20
business 8:13 27:7
businesses 9:14
buy 11:10,12,12
B-E-L-F-O-R-T 17:18

## C

C 2:14
called 1:13 3:7
car 8:17 9:6,12,13,19
    9:20 29:19
card 6:19 7:1,17 16:12
    22:9,12 23:10
care 26:12
carry 14:12 15:11
cell 22:3
CERTIFICATE 35:1
    36:1
certify 35:3 36:4
Chantilly 30:17
Chapel 3:18 10:2,8
charges 21:4
check 16:11 30:15
children 5:20,22
church 9:19,20 24:6
citizen 22:6
citizenship 22:11 23:7
city 4:15 30:2
Civil 1:5
clarifies 34:9
clarify 31:20 33:13
Claudine 2:12
cleaning 16:22
client 13:11
clients 11:7 13:9 19:11
close 10:17
code 3:19
Collyer 1:6
Columbia 1:2 15:17
    16:10 17:3 21:17
    23:20 24:1,14 27:12
    29:7 32:4
come 4:3 10:8 31:5
comes 8:16,16
coming 26:1 32:4
commercial 20:22
Commission 36:21
comp 26:20
companies 11:2,18
companion 31:2
company 6:8,9,13 7:1
    7:13,15,20,22 8:5,10

10:22 15:22 16:1,5
    17:9,13,16 18:13,17
    18:22 20:3 33:2
company's 7:17 20:4
completely 3:4
computer 36:8
concluded 34:14
conditioner 16:21
conditioning 16:1,2,3
    17:9,12,15 18:13
contacted 23:3
contractor 28:16,17
correct 12:4 14:2 20:5
    27:9 28:18 30:9,17
correction 5:3 35:9
corrections 35:7
counsel 1:13 3:7,10
    17:20 32:1 36:11,15
country 4:1 23:13
County 16:14
couple 31:20
COURT 1:1
criminal 21:4
CSR 1:18
customers 11:6,14,15

## D

date 22:21 35:16
day 14:17,18,21,22
days 10:12 11:13 13:3
DC 13:2
Defendants 1:8 2:7
    32:1
deliver 10:15 11:6,20
    11:21 12:7,10 13:7
delivered 18:6 19:11
deliveries 6:11 11:5
    12:15,19,20 14:17
    19:6,15,16,22 20:6
    27:21 28:3,9,13
    33:11 34:1
delivering 11:15 13:13
delivery 10:22 11:12
    12:5 15:20 28:16
Democracy 8:17 9:3,9
    9:10,22
Depending 10:13
    12:12
deposition 1:10 2:21
    34:14 36:3,6,9,13
Depot 11:1,5,8,10,14
    12:1
DeSantis 1:15 2:8,8,19
    7:4,9 13:21 17:20
    18:11 22:18 24:18,21
    25:11 26:5 31:19
    32:2 33:7,19,20 34:9
different 30:22
direction 36:9

dishwasher 13:10 14:4
dishwashers 6:10 14:9
distribute 11:1
District 1:1,2 15:17
    17:2 21:17 23:19
    24:1,14,19,22 25:6,9
    27:12 29:7,9,11 32:4
    32:8
doctor 26:14
Donis 6:15,18,21 7:17
    8:2 15:20 17:8
drive 1:16 2:9 8:20,22
    15:10,13 19:12,13
    24:13
driver's 20:18,22
drives 15:12
driving 9:22
drop 31:2
ducts 16:22,22
duly 3:8 36:6
D-O-N-I-S 6:21
D.C 12:9,10,15,18,21
    12:22 19:22 20:7
    23:4,7,10 24:4,7,8,10
    24:11 25:17,19 26:12
    26:15 27:1 33:22
    34:6

## E

E 2:14,20
earn 32:14
East 9:18 10:7,9
Ebenezer 16:6
EDWARD 2:2
eight 16:3
either 31:6
Electric 11:2,16
electronics 6:9
employed 36:12,15
employee 36:14
empty 14:19
enclosed 35:8
English 6:4 15:4
entire 28:2
errata 35:8
ESQ 2:2,8
et 1:3,7
evening 25:13,14
exact 13:9
exactly 5:14 19:9 30:19
    31:15 32:12
examination 1:13 2:17
    3:7,10 32:1
examined 3:9 35:4
example 11:5 12:2
exit 10:5 31:12
expenses 33:3
Expires 36:21

## F

fairly 6:5
family 23:22
Feder 1:18 36:2
federal 32:16
feet 13:20,20,21 14:1
Fifth 22:19
fill 14:9,15
financially 36:16
finish 9:5 14:20
finished 33:16
first 4:7,8
fit 14:5
five 10:12 13:10
follows 3:9
foot 13:19
foregoing 36:3,5
form 33:1
four 10:13 11:13 17:5
    19:20 20:8,9
Frederick 12:8 19:19
    31:4
free 34:6
friends 4:18 24:3
Frosh 2:3
full 10:11 14:7 17:8,9
    27:5
Fulton 16:11,13
furniture 17:17 18:6
    19:10
further 36:14

## G

Gaithersburg 4:10,11
    4:20,22 5:1,2,4,5,6
    5:17 8:16 9:5
games 24:10
General 11:1,16
Georgetown 9:10,11
    10:5
Georgia 9:18 10:7,10
    31:2
give 12:18 14:7
given 35:6 36:10
go 9:1,6,19 10:16 14:8
    17:2 19:19,21 23:19
    24:3,6,9 25:22 29:18
    29:20 30:22 31:3,5,6
    31:8 33:2
goes 12:18 14:7
going 11:10 22:18,19
    24:16 25:15,16 33:15
    33:18 34:5,6,8
gotten 21:8,11 26:11
government 23:13
green 22:9,12 23:9
Guatemala 4:2 6:2
    32:5
guys 15:14

**H**

H 2:20
happened 22:5
hard 13:8
Hartel 1:15 2:8
HBI 10:22
help 7:19 8:20 13:5
  16:20 28:1 30:4
hereto 36:16
Herndon 30:16
Highway 9:18 10:7,9
home 9:1,7 11:1,5,7,10
  11:14 12:1 18:19
  29:15,16,20 30:21
  31:3,7 33:15,15
honest 4:14
hospital 26:12
house 8:22 9:22 10:7
  17:22 30:2
houses 18:7
Howard 16:14
Howie 1:15 2:9
hurt 26:17 27:1,2
husband 7:14
Hyattsville 3:15,19
  5:18 30:3

**I**

ID 22:14
IDENTIFICATION
  2:21
inches 13:22 14:2
income 32:9,16
indicate 26:8
indicating 35:8
information 20:13
INS 23:3
install 10:15 12:3
  16:21,21
installation 6:9 11:11
installations 6:12
interested 36:17
interpreter 2:12 3:2
  5:11,12 6:16,16
  32:20 33:17,17 34:4
Island 25:5,7

**J**

January 27:15
job 17:3 26:3,4,18
jobs 24:16 27:6
Judge 1:6
J&B 1:6 27:16,19,21
  28:4,10,13,20 30:6,9
  30:12,14

**K**

Kane 1:15 2:8
Karp 2:3

**KEITH** 1:3
kind 16:16 18:4
know 8:12 15:16,19,19
  29:11 32:7,10,12,16

**L**

L 2:2
La 19:18
Lapidus 2:3
late 29:18
Laurel 16:10
law 22:13
lawsuit 20:14
lawyer 30:5
leave 9:2,20 23:12
  29:17
leaving 33:15
length 13:20
letters 32:11
license 20:18 21:1
lights 21:13
line 35:9
listed 35:7
live 3:14,15 4:7,11,12
  4:17 5:7,20
lived 3:20,21 4:8,9
  5:19 17:22 32:3
living 5:22
LLP 1:16 2:9
load 14:13,16 15:1
loaded 19:10 26:1
located 16:7 19:1 30:1
location 10:19
locations 31:1
long 3:20 8:1 29:21
look 31:20

**M**

MacDonald 1:15 2:8
machines 14:10 15:1
making 12:14 33:22
Manassas 19:17
map 15:18
MARKED 2:21
Maryland 1:9,17,19
  2:4,10 19:18 20:21
  36:20
Maytag 11:18
medical 26:11,13
meet 8:21 9:1,8,10,15
  10:1
member 29:1,5
members 23:22
MICHAEL 2:8
microwave 13:10
microwaves 6:10
mind 31:19
Mistake 5:11
moment 22:1

money 32:14
month 19:20 20:8,9
months 4:10 16:4
  21:22
morning 25:14 31:10
mornings 25:12
move 4:21 5:1
moved 4:19 5:2,17

**N**

N 2:14,14
name 3:12 6:13,20 7:6
  7:7,15,16,17 16:5
  30:10 31:15
names 11:3,21
need 15:18 20:13
neither 36:11
new 12:3 15:1 18:6
normally 14:11
north 16:8 31:13
Northeast 25:19,20
Northern 19:4,7
Norwind 2:2,3,18 3:11
  5:15 6:22 7:11,12
  14:3 16:13,15 18:2,3
  18:15 23:2 24:20
  25:2,4,14,18 26:10
  31:16,22 34:10
Notary 1:18 3:8 36:1
  36:19
notes 31:17,21
notice 1:14
number 5:14 13:9,12
  20:17 35:9

**O**

O 2:14
object 22:19 24:18
October 5:3 8:3
offense 20:12
offer 11:11
offers 11:11
office 8:5,8 23:7,10
officer 36:2
offices 1:14
Okay 18:2 20:15 23:1
  23:15 28:7 29:13
  30:13 33:8
old 9:9,11 10:5 12:2
  14:22
ones 15:1
Online 11:16
oral 1:13
Orchard 5:8,10
outcome 36:17
owned 7:13
owner 7:22
owns 7:19 8:9

**P**

page 2:17 35:9
park 9:12,13,18 29:17
  29:19 31:6
parked 18:1
parking 21:8
part 17:6,11 27:6
parties 1:21 36:12,16
parts 19:19 34:2
pastor 7:7,14
pastor's 7:14,16
pay 22:14 29:6 32:8,10
  32:13,22
paycheck 30:13
paying 32:9
people 11:9,12
period 27:18
person 8:15
personal 7:16 20:12
  23:17 27:7
phone 22:3
photograph 17:21 18:1
pick 10:14 20:2
picks 8:16,19
picture 17:19 29:14
  30:4
pieces 14:7,12
place 4:8 5:19 29:19
places 9:16
Plaintiffs 1:4,14 2:1
  3:10
Plata 19:18
please 3:17 20:12 28:1
  28:5
possible 13:15 14:10
present 1:20 2:12
previously 33:9
privilege 22:20
probably 17:4
Public 1:18 36:1,19
pull 16:20
pursuant 1:14
put 19:10 26:5 30:10
P-R-O-C-E-E-D-I-N...
  3:1
P.A 2:3
P.G 3:19
p.m 1:19 34:13

**Q**

Queen 5:8 10:8
Queens 3:18 10:2
question 22:22 26:7
  28:6
questions 3:3 15:3
  20:12
Quince 5:9,10

**R**

R 1:6,12 2:15 3:6 35:14
radar 21:15
read 35:3
READING 35:1
really 8:12
reason 23:4
record 26:6 35:5 36:10
red 21:12
reduced 36:8
referring 21:19
refrigerators 6:10 14:8
regroup 28:8 31:17
related 36:12
relationship 8:13
relative 36:14
remember 4:13 5:13
  10:18 11:3,22 30:19
  31:14
Renee 1:17 36:2
repeat 28:6 33:18
rephrase 32:20 33:19
report 8:14 33:3
Research 2:4
respective 1:20
responsive 26:6
Reston 30:17,18
Rhode 25:5,7
Riggs 25:16,19,22 26:9
  33:8,10,12,14,14,21
  34:2,8
right 6:8 16:12 22:16
  28:14,21 33:8
road 3:18 9:10 10:2,5,8
  10:18 16:9 25:8,17
  25:19,22 26:2,9
  31:12,13,14 33:9,10
  33:12,14,14,21 34:2
  34:8
roads 15:19
Rockville 2:4
Rolando 3:13
route 9:21 10:6,17
  14:20 16:8 19:2
  30:20
routes 12:13

**S**

S 2:14,20
Sanabria 1:12 2:15 3:6
  3:13 20:5 23:15
  29:13 34:12 35:14
saw 22:1,1
says 30:8
see 8:1 9:2 15:18 21:16
sell 27:9,10
send 13:4 32:11
separate 35:8
September 36:21
Sergio 1:12 2:15 3:6,13

35:14
**Service** 1:6 6:15,19,21
  7:18 27:17
**sheet** 35:8
**shop** 27:11
**short** 31:18
**shorthand** 36:8
**show** 6:20 7:4
**showing** 7:8 29:14
**side** 18:1 32:11
**SIGNING** 35:1
**Silver** 8:18 9:16,17
**sir** 3:12 6:7 14:4 20:11
  26:11 29:6
**six** 18:16 20:7
**size** 13:18
**smaller** 14:10
**soccer** 24:9
**somebody** 9:4 21:22
  33:2
**Southern** 19:18
**space** 14:9,11
**specific** 12:5,13 13:12
**speeding** 21:12
**spelling** 6:17 7:8
**spend** 33:4
**Spring** 8:18 9:16,17
**started** 18:9,12 31:8
**state** 1:19 20:20,21
  36:20
**States** 1:1 4:4,6 22:7
**status** 22:17
**stopping** 21:12
**store** 20:3
**stores** 27:11
**streets** 15:16
**Suite** 1:16 2:4,9
**sure** 8:11 19:2
**sworn** 3:2,8 36:6
**syndicate** 29:2

_____

**T**

**T** 2:14,14,20
**take** 6:11 8:17 9:6,21
  10:2,4,6,9 12:2 20:12
  25:8,16 31:1,2,10,14
  31:18 33:12,14,14
  34:2,7
**taken** 24:17 25:5 36:4
  36:7,13
**takes** 9:6 10:9 12:19
  14:8 25:17
**talked** 23:15 27:5,6
**talking** 21:22
**tax** 22:14
**taxes** 22:14 29:6,8 32:8
  32:9,10,13,17,22
  33:3,5,6
**telephone** 22:2

**tell** 11:4 13:8,12 29:10
  30:20
**testified** 3:9 33:9
**testimony** 35:6 36:5,7
  36:10
**Thank** 18:2 34:12
**things** 13:6,14 21:13
  31:20
**think** 16:14
**three** 10:13 11:13
  12:11,15 17:4 19:20
  20:7,9
**tickets** 21:9,12,14,16
**time** 4:9 10:11 14:5
  17:6,8,9,11 18:20
  21:18,18 26:8 27:6,6
  27:18 28:2 34:3,6,12
**times** 12:11 17:5 19:19
  19:20 20:8,9
**tired** 15:12,13
**tiring** 29:18
**told** 15:7 30:16
**toll** 31:12,13
**tools** 33:4
**traffic** 21:11,14
**training** 16:2
**transcript** 35:4
**translate** 3:3
**travel** 26:2
**traveled** 33:10
**traveling** 25:21 26:9
**treated** 26:14
**treatment** 26:13
**truck** 8:6,7,9 9:3,4,6,8
  9:15 10:1 12:18
  13:18,19 14:5,7,12
  14:13,16,19 15:10,11
  17:21 18:1,19 19:11
  19:12,13 22:3 26:2
  29:14,17 30:5,7,8,9
  30:11 31:6
**Trucking** 1:6 6:15,18
  6:21 7:18 8:2 27:16
  28:11
**true** 35:5 36:10
**try** 28:7
**trying** 34:3
**Tuesday** 1:9
**turns** 10:3,3
**twice** 12:12
**two** 8:3,4 12:14 15:8
  15:14 21:21 32:11
**type** 19:8 36:9

_____

**U**

**understand** 6:4,5 7:9
  7:19 8:20 13:5 15:2
  28:1 30:5 32:21
**understanding** 15:3

**union** 29:1,2,3
**United** 1:1 4:3,6 22:6
  24:10
**units** 16:21 17:1,1
**University** 10:4
**unload** 14:22
**use** 33:21
**usually** 33:12

_____

**V**

**Varesi** 2:12
**Virginia** 4:9,12 12:8
  19:4,5,7 21:14
**visit** 24:3
**vs** 1:5

_____

**W**

**waiting** 22:13,15
**want** 11:9 20:11 33:13
**warehouse** 10:16,21
  20:2,4 27:3 31:15
**warehouses** 10:19
**Warrenton** 19:17
**Washington** 12:9
  19:20,21,22 20:7
  23:4,7,10 24:4,6
  33:10
**wasn't** 17:21
**way** 6:20 19:18 25:17
**website** 11:17
**week** 10:12 12:11,15
  12:20 13:2,3,6,14
  20:10
**went** 17:4,5 19:17
**West** 9:18 10:7,9 12:8
**Whirlpool** 11:19
**Wigodsky** 2:3
**witness** 2:15 5:13 6:18
  7:6 14:1 18:12 23:1
  25:1,3,12,15 33:1
  34:7 36:4,7,11
**work** 6:7,8,14 8:10,11
  8:14,15 10:11,12
  15:21 16:16 17:6,11
  17:16 18:4,8 19:9
  23:16,21 24:17 25:1
  25:6,11,16,16,22
  27:7,18 29:18 30:21
  31:9 33:16 34:5,8
**workday** 29:21
**worked** 8:1 17:12,17
  18:17 28:20
**workers** 29:3
**worker's** 26:20
**working** 9:5 15:6,20
  15:22 16:4 18:9,13
  24:14 26:8 27:3,14
  27:16 28:3,10
**works** 8:13 11:4

**write** 6:20 18:14 29:8

_____

**X**

**X** 2:20

_____

**Y**

**years** 8:3,4 15:8 18:16
  20:7

_____

**Z**

**Zip** 3:19

_____

**1**

**1** 20:17 36:21
**1:08** 1:19
**1:08-cv-00644-RMC**
  1:6
**10** 12:19
**100** 10:17 13:13,17
**108** 16:13
**11720** 1:16 2:9
**12** 12:19 13:19,21 14:1
**14** 12:19
**170** 10:18
**1999** 4:7

_____

**2**

**2:01** 34:13
**20** 12:20
**200** 2:4
**2001** 18:10,10 21:20
  27:20 28:20
**2003** 3:22
**2006** 27:15
**2007** 18:14 27:20
  28:21
**2008** 1:9 36:21
**20705** 1:17 2:10
**20782** 3:19
**20850** 2:4
**2273** 2:4
**24** 13:19,20
**27** 1:9
**28** 31:13
**295** 24:17

_____

**3**

**3** 2:18
**30** 12:20 14:6,6,12
**301)486-1200** 2:10
**301)948-3800** 2:5
**32** 2:19
**35** 12:20
**395** 24:17

_____

**4**

**495** 10:4 31:1,8,8,10,11

_____

**5**

**500** 1:16 2:9
**5615** 3:18

_____

**6**

**6** 13:20,21 14:2

_____

**9**

**95** 16:8
**99** 4:5 5:3